UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA NICOLE BASSETT,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>SCOTT M. KERNAN,<br><br>　　　　　　Respondent. | No. 2:16-cv-2428 JAM AC P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding through counsel, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 28, 2016, respondent filed a motion to dismiss which is set for hearing on February 15, 2017. ECF No. 6. Petitioner's response was due within thirty days of service. ECF No. 3. Thirty days have now passed and petitioner has yet to respond to the motion.

Accordingly, IT IS HEREBY ORDERED that petitioner shall have fourteen days from the filing of this order to file a response to the motion to dismiss. Failure to respond will result in a recommendation that this action be dismissed for failure to prosecute. Respondent's reply, if any, shall be filed and served within fourteen days after service of the response.

DATED: January 4, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE