1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TAMARA NICOLE BASSETT,                     No.  2:16-cv-2428 JAM AC P

12                 Petitioner,

13        v.                                    ORDER

14   SCOTT M. KERNAN,

15                 Respondent.

16

17        Petitioner, a state prisoner proceeding through counsel, has filed a petition for a writ of

18   habeas corpus pursuant to 28 U.S.C. § 2254.  On November 28, 2016, respondent filed a motion

19   to dismiss which is set for hearing on February 15, 2017.  ECF No. 6.  In response to the motion

20   to dismiss, petitioner requested that, if the court found her petition timely but her ineffective

21   assistance of counsel claim unexhausted, she be granted a stay under Rhines v. Weber, 544 U.S.

22   269 (2005).  ECF No. 12 at 5-7.  Although the request for stay was not put forth as a separate

23   motion, in the interest of judicial efficiency and so that all issues are fully briefed prior to the

24   February 15, 2017 hearing, the court will allow petitioner to reply to respondent's opposition to

25   the request for stay.

26   ////

27   ////

28   ////

1

1       Accordingly, IT IS HEREBY ORDERED that petitioner shall have until February 9,

2  2017, to file an optional reply to respondent's opposition to her request for a <u>Rhines</u> stay.

3  DATED: February 2, 2017

4                                               _____

5                                     ALLISON CLAIRE
                                    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28